ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| USA All Sports | ) ASBCA No. 63929 |
| | ) |
| Under Contract No. RAN 24-003 | ) |

APPEARANCE FOR THE APPELLANT:    Mrs. Juanita Kimble-Akray
    Chief Executive Officer

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
    Army Chief Trial Attorney
    MAJ Heather M. Martin, JA
    Trial Attorney

ORDER OF DISMISSAL

Appellant has requested that the Board dismiss this appeal without prejudice. The government consents to the request. Accordingly, the appeal is dismissed from the Board's docket without prejudice.

Dated: March 27, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63929, Appeal of USA All Sports, rendered in conformance with the Board's Charter.

Dated: March 27, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals